UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CRYSTAL LANGFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:05-cv-159 |
| ) | (Guyton) |
| GATLINBURG REAL ESTATE & ) | |
| RENTAL, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT ON DECISION BY THE COURT

This case came before the Court on the motions for summary judgment filed by the parties. The Honorable H. Bruce Guyton, United States Magistrate Judge, having rendered a decision on the parties' motions,

It is **ORDERED and ADJUDGED**

that the plaintiff Crystal Langford take nothing, that the action be **DISMISSED WITH PREJUDICE** on the merits, and that the defendants Gatlinburg Real Estate & Rental, Inc. and Hawkeye Manufacturing, Inc. recover of the plaintiff Crystal Langford their costs of this action.

Dated at *Knoxville, Tennessee,* this 29th day of June, 2007.

                                         */s/ Patricia L. McNutt*
                                         PATRICIA L. McNUTT
                                         CLERK OF COURT